

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00069-CV

John J. **PARKER** Jr.,
Appellant

v.

**OHIO DEVELOPMENT, LLC**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 12-298A
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and we REMAND for further proceedings consistent with this opinion. Costs of the appeal are taxed against the appellee.

SIGNED April 30, 2024.

_____
Lori I. Valenzuela, Justice